IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTON THURMAN MCALLISTER, )
)
Plaintiff, )
)
v. ) 1:21-CV-786
)
C.S. CONRAD, C.S. JOHNSON, and )
DEPUTY JOHN DOE, )
)
Defendants, )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that all claims against defendant C.S. Johnson are **DISMISSED** without prejudice for failure comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). Claims against C.S. Conrad and John Doe remain pending.

This the 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE