IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTON THURMAN MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-CV-786 |
| | ) | |
| DEPUTY JOHN DOE, DEPUTY C.S. JOHNSON and OFFICER C.S. CONRAD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Text Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendants' motion to dismiss, Doc. 22, is **DENIED**.

This the 1st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE